IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE PACID GROUP, LLC<br><br>    Plaintiff,<br>v.<br>ASUSTEK COMPUTER, ET AL.,<br><br>    Defendants. | CIVIL ACTION NO. 6:10-CV-00108-LED |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff The PACid Group, LLC ("PACid") and Defendant Motorola, Inc. ("Motorola") have settled PACid's claims for relief against Motorola and Motorola's counterclaims for relief against PACid asserted in this case.

NOW, THEREFORE, PACid and Motorola, through their attorneys of record, request this Court to dismiss PACid's claims for relief against Motorola and Motorola's counterclaims for relief against PACid, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

December 14, 2010

Respectfully submitted,

/s/Andrew W. Spangler
Andrew W. Spangler
Texas State Bar No. 24041960
SPANGLER LAW, P.C.
208 N. Green St., Suite 300
Longview, TX 75601-7312
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
spangler@spanglerlawpc.com

**ATTORNEY FOR PLAINTIFF
THE PACID GROUP, LLC**

December 14, 2010                         /s/ John A. Lee (with permission)
                                          John A. Lee
                                          State Bar No. 229911
                                          McDermott Will & Emery LLP
                                          275 Middlefield Road
                                          Suite 100
                                          Menlo Park, CA 94025
                                          650-815-74400
                                          Fax: 650-815-7401
                                          Email: jlee@mwe.com

                                          **ATTORNEY FOR DEFENDANT
                                          MOTOROLA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of December, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                    /s/ Andrew W. Spangler
                    Andrew W. Spangler